# UNITED STATES DISTRICT COURT

**for**

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Sherard Dante Brunson**                    **Docket No. 5:12-CR-266-1BO**

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sherard Dante Brunson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924 (a) (2) and Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841 (b)(1) (C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 8, 2013, to the custody of the Bureau of Prisons for a term of 21 months in both counts to run concurrently. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Sherard Dante Brunson was released from custody on March 5, 2014, to the District of Massachusetts, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Based on the releasee's history of mental health and substance abuse problems, the supervising probation officer in Massachusetts has requested the court modify the releasee's conditions to include special conditions of mental health and drug aftercare treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.   The defendant shall participate in a program for substance abuse as directed by the U.S. Probation Office, which program may include testing, not to exceed 104 tests per year, to determine whether the defendant has reverted to the use of drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay.

2.   The defendant shall participate in a program of mental health treatment, as directed by the probation office. He shall contribute to the costs of such treatment based on the ability to pay or availability of third party payment.

**Sherard Dante Brunson**
**Docket No. 5:12-CR-266-1BO**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: March 25, 2014

**ORDER OF COURT**

Considered and ordered this _9V_ day of _March_ , 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge